United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-50210-KMS
Lorraine Hathorn Adams Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: May 23, 2025     Form ID: 318     Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lorraine Hathorn Adams, 1005 McInnis Ave, Hattiesburg, MS 39401-2433 |
| 5475566 | + | Linebarger Goggan, 11001 West 120th Ave, Ste 215, Broomfield, CO 80021-8037 |
| 5475572 | + | Tower Loan, 4600 Hardy St, Hattiesburg, MS 39402-1349 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QDAHENDERSON.COM | May 23 2025 23:31:00 | Derek A Henderson T1, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| cr | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 23 2025 19:30:00 | Nissan Motor Acceptance Company LLC fka Nissan Mot, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254-7685 |
| 5477459 | + | EDI: COMCASTCBLCENT | May 23 2025 23:30:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5475559 | + | EDI: CAPITALONE.COM | May 23 2025 23:31:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5475560 | + | EDI: CITICORP | May 23 2025 23:31:00 | Citibank, Po Box 790040, St Louis, MO 63179-0040 |
| 5494459 | | EDI: CITICORP | May 23 2025 23:31:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5475561 | + | EDI: WFNNB.COM | May 23 2025 23:31:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5475562 | + | Email/PDF: creditonebknotifications@resurgent.com | May 23 2025 19:38:52 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5475567 | | EDI: CITICORP | May 23 2025 23:31:00 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th Street N, Sioux Falls, SD 57104 |
| 5475563 | + | EDI: CITICORP | May 23 2025 23:31:00 | Dillards/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 5485159 | | EDI: DISCOVER | May 23 2025 23:31:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 5475564 | + | EDI: DISCOVER | May 23 2025 23:31:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5475565 | + | EDI: CAPITALONE.COM | May 23 2025 23:31:00 | Kohl's, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5475568 | + | Email/Text: Mercury@ebn.phinsolutions.com | May 23 2025 19:30:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 5475569 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 23 2025 19:30:00 | Nissan Motor Acceptanc, Pob 660366, Dallas, TX 75266-0366 |
| 5501370 | | Email/Text: bncmail@w-legal.com | | |

District/off: 0538-6      User: mssbad      Page 2 of 2
Date Rcvd: May 23, 2025      Form ID: 318      Total Noticed: 22

| | | | |
|---|---|---|---|
| | | May 23 2025 19:30:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 5475571 | Email/Text: bankruptcy@towerloan.com | May 23 2025 19:30:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5475570 | + EDI: WTRRNBANK.COM | May 23 2025 23:31:00 | Target, POB 9475, Minneapolis, MN 55440-9475 |
| 5475573 | + EDI: COMCASTCBLCENT | May 23 2025 23:30:00 | Xfinity/Comcast, 600 Galleria Pkwy SE, Atlanta, GA 30339-5994 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Derek A Henderson T1 | trustee@derekhendersonlaw.com dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Lorraine Hathorn Adams trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Lorraine Hathorn Adams** | Social Security number or ITIN   **xxx−xx−0655** |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:   **25−50210−KMS** | | |

## Order of Discharge                                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Lorraine Hathorn Adams**
aka Lorraine Adams

Dated: 5/23/25                                **By the court:**   /s/Katharine M. Samson
                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                           **Order of Discharge**                           page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**